# UNITED STATES DISTRICT COURT
## FOR THE
## WESTERN DISTRICT OF TENNESSEE
## WESTERN DIVISION

FILED BY _____ D.C.

05 MAY -5 AM 11: 43

ROBERT R. DI TROLIO
CLERK, U.S. DIST. CT.
W.D. OF TN, MEMPHIS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| vs. | ) | CR. No. 04-20500-Ma |
| LOVANIA BROWNLEE, | ) | |

### APPLICATION, ORDER and WRIT FOR HABEAS CORPUS AD PROSEQUENDUM

JENNIFER L. WEBBER, Assistant United States Attorney, applies to the Court for a Writ to have LOVANIA BROWNLEE, R&I # 018523, DOB 2/12/49, SSN# 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, now being detained in the West Tennessee State Penitentiary, Henning, Tennessee, appear before the Honorable Samuel H. Mays, Jr. on Thursday, May 19, 2005, at 11:30 a.m. for a report date and for such other appearances as this Court may direct.

Respectfully submitted this 4th day of May, 2005.

JENNIFER L. WEBBER
ASSISTANT UNITED STATES ATTORNEY

♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦♦

Upon consideration of the foregoing Application, DAVID G. JOLLEY, U.S. MARSHAL, WESTERN DISTRICT OF TENNESSEE, MEMPHIS, TN, SHERIFF/WARDEN, WEST TENNESSEE STATE PENITENTIARY, HENNING, TENNESSEE.

YOU ARE HEREBY COMMANDED to have LOVANIA BROWNLEE appear before the Honorable Samuel H. Mays, Jr. at the date and time aforementioned.

ENTERED this 4th day of May, 2005.

DIANE VESCOVO
UNITED STATES MAGISTRATE JUDGE

This document entered on the docket sheet in compliance with Rule 55 and/or 32(b) FRCrP on 5/5/05



UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 18 in case 2:04-CR-20500 was distributed by fax, mail, or direct printing on May 5, 2005 to the parties listed.

---

Pamela B. Hamrin
200 Jefferson, Suite 200
Memphis, TN 38109

Jennifer Lawrence Webber
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Honorable Samuel Mays
US DISTRICT COURT