IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 04-20500-Ma |
| | ) | |
| LOVANIA BROWNLEE, | ) | |
| | ) | |
| Defendant. | ) | |

ORDER DIRECTING MARSHAL TO RETURN DEFENDANT TO STATE
CUSTODY PURSUANT TO HIS WAIVER UNDER THE INTERSTATE
AGREEMENT ON DETAINERS ACT

The defendant, Lovania Brownlee, has filed a written waiver of his rights under the Interstate Agreement on Detainers Act. A copy of that waiver is attached to this order. Based on that waiver, the United States Marshal is DIRECTED to return Mr. Brownlee to state custody for the service of his state sentence.

It is so ORDERED this 10th day of June, 2005.

Samuel H. Mays
United States District Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| vs. | ) No. 04-20500-Ma |
| | ) |
| LOVANIA BROWNLEE, | ) |
| | ) |
| Defendant. | ) |

DEFENDANT'S WAIVER OF INTERSTATE AGREEMENT ON DETAINERS ACT

I, Lovania Brownlee, defendant in this case, having discussed with my attorney, Pamela B. Hamrin, the possible effect of the Interstate Agreement on Detainers on my case, do hereby state:

1. I have previously been sentenced to serve a term of imprisonment by a state court in the State of Tennessee. I have not completed serving that sentence.

2. I presently face charges pursuant to 18 U.S.C. § 922(g) in the United States District Court for the Western District of Tennessee, and for this reason I have been brought to Memphis, Tennessee.

3. I have been advised that the Interstate Agreement on Detainers may apply to my case, and that if so, I have a right to not be returned to my original place of imprisonment in the State of Tennessee until I have been tried in federal court, and that I will be held in federal custody during this time. I have been advised that under that agreement, if I am returned to my original place of imprisonment, the charges against me in federal court will be dismissed.

4. Understanding that I may have a right to have the federal charges against me dismissed

if I am returned to my original place of imprisonment prior to my trial, as explained above, I HEREBY WAIVE such right in open court and agree to confinement as a state prisoner in state facilities until such time as my trial in the United States District Court for the Western District of Tennessee is completed. I understand that by so agreeing, I may be returned to my original place of imprisonment from time to time and the charges against me in the United States District Court for the Western District of Tennessee will not be dismissed.

*Lovania Brownlee*
Lovania Brownlee, Defendant

*Pamela B Hamrin*
Pamela B. Hamrin, Counsel for Defendant

Dated: 6/6/05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 25 in case 2:04-CR-20500 was distributed by fax, mail, or direct printing on June 14, 2005 to the parties listed.

---

David Pritchard
U.S. ATTORNEY'S OFFICE
167 N. Main St.
Ste. 800
Memphis, TN 38103

Pamela B. Hamrin
200 Jefferson, Suite 200
Memphis, TN 38109

Honorable Samuel Mays
US DISTRICT COURT